UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD R. ECKLUND,<br><br>        Plaintiff,<br><br>   v.<br><br>DUNN, et al.,<br><br>        Defendants. | No. 2:18-cv-1979 AC P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      Plaintiff has not filed a proper application to proceed in forma pauperis as previously directed. See ECF No. 3. Therefore, he will be granted another thirty days within which to do so. Plaintiff is cautioned that the form includes a section that must be completed by a prison official, and the application form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk of Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action, and

////

2. Within thirty days from the date of this order, plaintiff shall submit a properly completed application to proceed in forma pauperis on the form provided with this order.

Plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice.

DATED: October 6, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE